UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GLENN DOWNING,

     Plaintiff,                               Case No. 1:11-cv-372

v.                                       HON. JANET T. NEFF

UNKNOWN GREER, et al.,

     Defendants.

_____/

## ORDER

       This is a civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants Greer and Mercer filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 31, 2013, recommending that this Court grant Defendants' motion and terminate this matter.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

       **IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 26) is APPROVED and ADOPTED as the Opinion of the Court.

       **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt 22) is GRANTED.

       **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

       A Judgment will be entered consistent with this Order.

Dated: February 21, 2013                 /s/ Janet T. Neff_____
                                    JANET T. NEFF
                                    United States District Judge